IN THE SUPREME COURT OF THE STATE OF DELAWARE

RAY LLOYD, §
§ No. 361, 2016
Defendant Below, §
Appellant, § Court Below—Superior Court
§ of the State of Delaware
v. §
§ Cr. ID No. 1505001567
STATE OF DELAWARE, §
§
Plaintiff Below, §
Appellee. §

Submitted: September 2, 2016
Decided: September 8, 2016

## O R D E R

This 8th day of September 2016, it appears to the Court that, on August 9, 2016, the Senior Court Clerk issued a notice directing the appellant to show cause why this appeal should not be dismissed for this Court's lack of jurisdiction to consider an appeal directly from the Court of Common Pleas. The appellant has not responded to the notice to show cause within the required ten-day period and therefore dismissal of this appeal is deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

_____
Justice